UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

          Petitioner,

     v.

DEBBIE ASUNCION,

          Respondent.

Case No. 21-cv-02955-JD

**ORDER RE DISMISSAL**

This is a habeas petition filed pro se by a former state prisoner. In the initial review order, the Court dismissed the petition with leave to amend after discussing the deficiencies in the case. The time to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court. This case is **DISMISSED** without prejudice for the reasons stated in the prior order. A certificate of appealability is **DENIED**.

    **IT IS SO ORDERED.**

Dated: September 13, 2021

JAMES DONATO
United States District Judge

United States District Court
Northern District of California